UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Carolyn Jean Hays | Case No. 16-40381 |
| Debtor. | |

______________________________/

**REQUEST FOR SERVICE OF NOTICES**

**TO THE CLERK, DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on behalf of Bank of America, N.A. ("Secured Creditor"), a creditor in the above-captioned case, the undersigned requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

**Marinosci Law Group, P.C.**
**ATTN: Bankruptcy Department**
**100 West Cypress Creek Road, Suite 1045**
**Fort Lauderdale, FL 33309**

**MARINOSCI LAW GROUP, P.C**.
Authorized Agent for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 / Fax: (954) 772-9601
Email: wwasserman@mlg-defaultlaw.com

/s/ Wendy J. Wasserman
**Wendy J. Wasserman**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Request for Notice has been served electronically or via U.S. Mail, first-class postage prepaid, to the parties listed below on May 25, 2016.

**Carolyn Jean Hays**
995 Almaden Circle
Oakley, CA 94561-3021

**Patrick L. Forte, Esq.**
Law Offices of Patrick L. Forte
1624 Franklin St. #911
Oakland, CA 94612

**Martha G. Bronitsky, Trustee**
P.O. Box 5004
Hayward, CA 94540

**Office of the U.S. Trustee/Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

**MARINOSCI LAW GROUP, P.C.**
Authorized Agent for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 / Fax: (954) 772-9601
Email: wwasserman@mlg-defaultlaw.com

/s/ Wendy J. Wasserman
**Wendy J. Wasserman**



Case: 16-40381 Doc# 26 Filed: 05/25/16 Entered: 05/25/16 12:34:51 Page 2 of 2